IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM D. MURPHY *individually and on behalf of a class of similarly situated persons*, *Plaintiff,* | : : : : : | CIVIL ACTION |
| v. | : : | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, *Defendant.* | : : : | NO. 24-cv-00480 |

**O R D E R**

**AND NOW,** this 5th day of February 2024, upon consideration of James C. Haggerty, Esquire's Letter (attached as Exhibit A), regarding the Pennsylvania Supreme Court's final decision in the matter of *Rush v. Erie Insurance*, and the Pennsylvania Supreme Court having handed down its final decision on January 29, 2024, it is hereby **ORDERED** that the above-captioned matter is dismissed pursuant to Federal Rules of Civil Procedure 41(a)(2) with prejudice and without costs.

The Clerk of Court is directed to close the above-captioned case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)

# EXHIBIT A



James C. Haggerty, Esq.
*Attorney at Law*

**HAGGERTY, GOLDBERG, SCHLEIFER, & KUPERSMITH, P.C.**
1801 Market Street, Suite 1100
Philadelphia, PA 19103

Phone: (267) 350 – 6600
Fax: (215) 665 – 8201
Email: JHaggerty@hgsklawyers.com

February 5, 2024

Charles J. Schleifer
James C. Haggerty
Terry D. Goldberg
Richard T. Kupersmith
Mark J. Kogan
Jason R. Weiss *
Scott J. Schleifer *

Ana R. Amarante-Craig *
Beth Bowers *
Matthew D. Colavita *
Jeffrey K. Stanton *

Michael Alexanian *
Joseph P. Bradica *
Clifford Bryman
Dennis C. Coyne *
Eileen V. Dooley
Kaitlyn Macaulay
Jared M. Teich *
Timothy Yuncker

Special Counsel
John J. Beichert
Stephen David

Of Counsel
Bruce I. Kogan
Marshall Kresman *
Michael Steiman

* Member of NJ Bar

Chambers_of_Judge_Chad_F_Kenney@paed.uscourts.gov

The Honorable Chad F. Kenney
United States District Court for the
Eastern District of Pennsylvania
11613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

   Re: Murphy v. Allstate Property & Casualty Insurance Co.
     USDC. No. 2:24-cv-00480

Dear Judge Kenney:

  In light of the Pennsylvania Supreme Court decision in <u>Rush v. Erie</u>, 77 MAP 2022, we are respectfully requesting that the above matter be discontinued pursuant to Local Rule 41.1. Thank you for your courtesies.

         Respectfully,

         HAGGERTY, GOLDBERG, SCHLEIFER
         & KUPERSMITH, P.C.

         */s/ James C. Haggerty*

         James C. Haggerty
         Jeffrey Stanton

JCH/cdh
cc: A. Christopher Young, Esquire (Christopher.young@troutman.com)

*Offices throughout Pennsylvania:*
Allentown Bethlehem Hazleton Holland Kennett Square Lancaster Philadelphia Reading

WWW.HGSKLAWYERS.COM